IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-446-D

JAMES F. BENNETT and VERONICA L.
BENNETT, Personal Representatives of the
Estate of DANIEL BENNETT,

          Plaintiffs,

vs.

HOFFMANN-LA ROCHE INC. and
ROCHE LABORATORIES INC.,

          Defendants.

## ORDER ON DEFENDANTS' MOTION
## TO STAY COMMENCEMENT OF PHASE II DISCOVERY

THIS MATTER COMING BEFORE the undersigned United States District Judge upon Defendants Hoffmann-La Roche Inc. and Roche Laboratories Inc.'s, (hereinafter "Defendants") Motion to Stay Commencement of Phase II Discovery brought pursuant to Fed. R. Civ. P. 16(b)(4); and Plaintiffs James F. Bennett and Veronica L. Bennett, Personal Representatives of the Estate of Daniel Bennett (hereinafter "Plaintiffs"), having no opposition to this Motion; and this Court having reviewed the Motion, supporting Memorandum, and Affidavits of Lynn DeVenezia-Tobias and Charles F. McGovern, III, finds good cause to GRANT the Motion;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Motion is ALLOWED and Phase II discovery and all subsequent deadlines are hereby stayed until such time as the Court rules upon Defendants' Motion for Summary Judgment.

SO ORDERED. This 12 day of June 2012.

                                                           *James Dever*
                                                    JAMES C. DEVER III
                                                    Chief United States District Judge

2

Case 5:10-cv-00446-D   Document 63   Filed 06/13/12   Page 2 of 2